United States District Court
Southern District of Texas
**ENTERED**
June 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Laura Rucinsky,** *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:19-cv-01038 |
| **UHS of Delaware, Inc.** *Defendant.* | § § § | |

## SCHEDULING ORDER

1. July 22, 2019 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. August 20, 2019 — **EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2).

2b. September 20, 2019 — Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2).

3. November 20, 2019 — **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. December 20, 2019 — **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions *in limine* on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

5a. March 16, 2019 — **JOINT PRETRIAL ORDER**
THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date.

|   |   |   |
|---|---|---|
|   |   | (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. | March 30, 2019. | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions *in limine* must also be filed by this date. |
| 6. | April 3, 2020 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C. |
| 7. | April 6, 2020 | **TRIAL** is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this *Order* and provide a copy to all parties. **SIGNED** on _June 21, 2019, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge