United States District Court
Southern District of Texas
**ENTERED**
February 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA RUCINSKY | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-001038 |
| | § | |
| UHS of DELAWARE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

The Court has been informed that a Settlement Agreement is pending in this case. IT IS HEREBY ORDERED that all deadlines and hearings are terminated. Parties must file dismissal papers 60 days from the date of this order or appear for a Status Conference scheduled May 1, 2020 at 10:00 a.m.

It is so ORDERED. 02/24/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge